UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAHRON BLACK, individually and on behalf of all others similarly situated,

                              Plaintiffs,

    -against-

SCHALLER MANUFACTURING CORP.

                              Defendant.
-------------------------------------------------------------X

Case No. 1:23-cv-1594

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: November 29th, 2023

New York, New York

| Mars Khaimov Law, PLLC | Moss & Moss LLP |
|---|---|
| By: \_\_\_\_/s/ Mars Khaimov\_\_\_\_ | By: \_\_\_/s/ John O. C. Moss\_\_\_ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | John O. C. Moss, Esq.<br>381 Park Avenue South, Suite 1220<br>New York, NY 10016<br>212-644-1000<br>jmoss@mossandmoss.com<br>*Attorneys for Defendant* |

SO ORDERED:   /S/ Frederic Block     11-29-23
U.S.D.J

4895-5040-3388.1